UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AN HUANG,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>UNITED STATES CITIZENSHIP AND<br>IMMIGRATION SERVICES, et al.<br><br>　　　　　　　　Defendants. | CASE NO. 2:25-CV-01020-JHC<br><br>STIPULATED MOTION AND<br>ORDER EXTENDING DEADLINE<br><br>Noted for Consideration:<br>TODAY |

COMES NOW Plaintiff, by and through her counsel, Rana Jazayerli, and Defendants, by and through their counsel, Teal Luthy Miller, Acting United States Attorney for the Western District of Washington, and Kristin B. Johnson, Assistant United States Attorney for said District, pursuant to LCR 7(j) and 16(b)(6), and hereby jointly stipulate and request that the Court extend the deadline for Defendants to respond to Plaintiff's Amended Complaint in this case for an additional 60 days.

WHEREAS Plaintiff's Amended Complaint seeks to compel Defendants to adjudicate her pending I-526 Immigrant Petition by Alien Investor and her and her husband's concurrently filed Form I-485 Applications to Register Permanent Residence or Adjust Status under the Writ of Mandamus and the Administrative Procedures Act. Dkt. 4.

WHEREAS subsequent to filing and service of the Amended Complaint, the Parties have conferred through their counsel. The Parties agree that during the initial 45 extension of time granted by the Court, Defendants took action on the underlying applications. The Parties also note that the current, ongoing shutdown of the U.S. government has added additional potential delays to full resolution. Accordingly, the Parties agree that with a further extension of time, Defendants

will be able to take additional action on the underlying applications such that there is a likelihood that the ongoing administrative action may moot this lawsuit.

WHEREAS the Parties wish to continue efforts to administratively resolve Plaintiff's claims, and agree to a 60-day extension of Defendants' deadline to answer or file a responsive pleading to Plaintiff's Amended Complaint.

NOW THEREFORE, the Parties, through their respective counsel of record, do hereby jointly stipulate and agree, and respectfully request, that the Court make and enter the following order:

Defendants' deadline to respond to Plaintiff's Amended Complaint is extended by 60 days. to December 26, 2025.

SO STIPULATED.

DATED this 27th day of October, 2025.

JAZAYERLI LAW LLC

/s/ Rana Jazayerli
RANA JAZAYERLI, DC Bar #461179
*Admitted Pro Hac Vice*
1725 I Street NW Ste. 300
Washington DC 20006
Phone: (202) 386-0043
Fax : (202) 503-4967
Email: ranaj@jazlawfirm.com

I certify that this memorandum contains 297 words, in compliance with the Local Civil Rules.

SO STIPULATED.

DATED this 27th day of October, 2025.

TEAL LUTHY MILLER
Acting United States Attorney

*/s/ Kristin B. Johnson*
KRISTIN B. JOHNSON, WSBA #28189
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, WA 98101
Phone: (206) 553-7970
Fax: (206) 553-4073
Email: kristin.b.johnson@usdoj.gov

STIPULTED MOTION & ORDER
EXTENDING DEADLINE
[CASE NO. 2:25-CV-01020-JHC] - 2

**ORDER**

IT IS SO ORDERED.

DATED this 27th day of October, 2025

_____
JOHN H. CHUN
United States District Judge

STIPULTED MOTION & ORDER
EXTENDING DEADLINE
[CASE NO. 2:25-CV-01020-JHC] - 3