UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AN HUANG, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, et. al., <br><br> Defendants. | Case No. 2:25-cv-01020-JHC <br><br> THIRD STIPULATED MOTION AND ORDER EXTENDING DEADLINE <br><br> Noted for Consideration: <br> Today |

COMES NOW Plaintiff, by and through her counsel, Rana Jazayerli, and Defendants, by and through their counsel, Charles Neil Floyd, United States Attorney for the Western District of Washington, and Kristin B. Johnson, Assistant United States Attorney for said District, pursuant to LCR 7(j) and 16(b)(6), and hereby jointly stipulate and request that the Court extend the deadline for Defendants to respond to Plaintiff's Amended Complaint in this case for an additional 60 days.

WHEREAS Plaintiff's Amended Complaint seeks to compel Defendants to adjudicate her pending I-526 Immigrant Petition by Alien Investor, and her and her husband's concurrently filed Form I-485 Applications to Register Permanent Residence or Adjust Status under the Writ of Mandamus and the Administrative Procedures Act. Dkt. 4.

WHEREAS subsequent to filing and service of the Amended Complaint, the Parties have conferred through their counsel. The Parties agree that Defendants are now taking action on the

1  underlying applications, and there is a likelihood that the ongoing administrative action may moot
2  this lawsuit.
3      WHEREAS this Court has granted two previous stipulations to extend the response deadline
4  during the administrative proceedings. Dkts. 11, 13.
5      WHEREAS since then, Plaintiff's priority date for her pending visa application has become
6  current again and Defendants are in the process of scheduling Plaintiff for an interview on their I-
7  485 application.
8      WHEREAS the Parties wish to continue efforts to administratively resolve Plaintiff's claims
9  and agree to an additional 60-day extension of Defendants' deadline to answer or file a responsive
10  pleading to Plaintiff's Amended Complaint.
11      NOW THEREFORE, the Parties, through their respective counsel of record, do hereby
12  jointly stipulate and agree, and respectfully request, that the Court make and enter the following
13  order:
14      Defendant's deadline to respond to Plaintiff's Amended Complaint is extended by an
15  additional 60 days, to February 26, 2026.

16  SO STIPULATED.                                   SO STIPULATED.
17  DATED this 23rd day of December, 2025.           DATED this 23rd day of December, 2025.
18  JAZAYERLI LAW LLC                                CHARLES NEIL FLOYD
                                                     United States Attorney

19  *s/ Rana Jazayerli*                              *s/ Kristin B. Johnson*
    RANA JAZAYERLI, DC Bar #461179                   KRISTIN B. JOHNSON, WSBA #28189
20  *Admitted Pro Hac Vice*                          Assistant United States Attorney
    1725 I Street NW Ste. 300                        United States Attorney's Office
21  Washington DC 20006                              700 Stewart Street, Suite 5220
    Phone: (202) 386-0043                            Seattle, WA 98101
22  Email: ranaj@jazlawfirm.com                      Phone: (206) 553-7970 / Fax: (206) 553-4073
                                                     Email:  kristin.b.johnson@usdoj.gov
23
                                                     I certify that this memorandum contains 296
24                                                   words, in compliance with the Local Civil Rules.

THIRD STIPULATED MOTION AND ORDER
EXTENDING DEADLINE
[Case No. 2:25-cv-01020-JHC] - 2

**ORDER**

IT IS SO ORDERED.

DATED this 23rd day of December, 2025.

_____
JOHN H. CHUN
United States District Judge