**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| AN HUANG, | CASE NO. 2:25-CV-01020-JHC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES ET AL., | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John H. Chun, United States District Judge:

(1)  The Order to Show Cause (Dkt. 17) is DISCHARGED;

(2)  This action shall proceed in the ordinary course.

Dated this 14th day of April 2026.

Joshua C. Lewis
Clerk

*/s/Ashleigh Drecktrah*
Deputy Clerk

MINUTE ORDER - 1