**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| AN HUANG, | **CASE NO. 2:25-CV-01020-JHC** |
| Plaintiff, | |
| v. | |
| UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, et al. | |
| Defendants. | |

### ORDER REGARDING CASE SCHEDULE

The Court, having reviewed the parties' Joint Status Report, and finding good cause, hereby ORDERS as follows:

- Plaintiff shall file any motion for summary judgment by June 15, 2026.

- Defendants shall file any opposition and/or cross-motion for summary judgment within thirty (30) days after Plaintiff's motion.

- Plaintiff shall file any reply in support of her motion within fourteen (14) days thereafter.

IT IS SO ORDERED.

DATED this 15th day of May, 2026.

_____
JOHN H. CHUN
United States District Judge

CASE SCHEDULING ORDER
[CASE NO. 2:25-CV-01020-JHC] - 1